IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMEKA BARNES | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | : | |
| | : | |
|     Defendant | : | NO.: 2:21-cv-4795-KSM |

## **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff and her counsel hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendant, Life Insurance Company of North America.

Date:  November 23, 2021

                                                   RESPECTFULLY SUBMITTED,

                                                 S/ *Michael J. Parker*
                                                 Michael J. Parker, Esquire
                                                 PA Bar No.: 93024
                                                 Counsel for the Plaintiff, Carol Lester

                                                 Pond Lehocky LLP
                                                 One Commerce Square
                                                 2005 Market Street
                                                 Philadelphia, PA 19103
                                                 (800) 773-1300

CERTIFICATE OF SERVICE

      I hereby certify that on March 31, 2021, I electronically filed the foregoing Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) with the Clerk of Court by using the CM/ECF system, which sent notice of such filing to all parties.

                                    RESPECTFULLY SUBMITTED,

                                    S/ *Michael J. Parker*
                                    Michael J. Parker, Esquire